STATE OF VERMONT

| SUPERIOR COURT<br>Washington Unit | | CIVIL DIVISION<br>Docket No. 12-1-20 Wncv |
|---|---|---|
| Alfred Brochu,<br>  Plaintiff | 2020 OCT 28 P 4 32 | USDC - DVT<br>2:21-cv-259 |
| v. | FILED | ENTRY ORDER |
| Michael P Touchette,<br>  Defendant | | |

The copy of Mr. Soto's affidavit in the court's file does not have any of the noted attachments. Lack of the Core Civic attachment is problematic. (It appears Mr. Brochu got one.)

Electronically signed on October 27, 2020 at 02:39 PM pursuant to V.R.E.F. 9(d).

*Robert R. Bent,*
Judge